RSM-8323
ROBERT SAUL MOLNAR, ESQ.
1330 Hamburg Turnpike
Wayne, New Jersey 07470
(973) 694-2900
Attorney for Debtor Marty Falconieri

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 13 |
| MARTY FALCONIERI | : | |
| | : | |
| | : | CASE NO.: 16-10276-VFP |
| Debtor | : | |
| ------------------------------------ | : | |

## CERTIFICATION OF MAILING

I, Elizabeth Vishnevsky, secretary, for Robert Saul Molnar, Esq. certifies as follows:

1. I am a secretary employed by Robert Saul Molnar, Esq. having offices located at 1330 Hamburg Turnpike, Wayne, New Jersey 07470.

2. On February 20, 2016, I notified two creditors of debtor Marty Falconieri: Joseph C. Musumeci and Pompton Five Associates, of Order Amending Schedule F adding them as creditors, and also sending them other pertinent information pertaining to same.

3.         CERTIFICATION

I hereby certify that under penalty of perjury, the foregoing statements made by me are true and that I am subject to penalty at law if any of the foregoing are willfully false.

                                        /s/ ELIZABETH VISHNEVSKY
                                        _____
Dated:  February 26, 2016                ELIZABETH VISHNEVSKY